# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SYNERGY BANK** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO: 2:20-cv-1066** |
| | * | |
| **M/V CAPT. T.W. BOUDREAUX,** | * | **SECTION: _____** |
| **HER ENGINES, FURNITURE,** | * | |
| **TACKLE, APPURTENANCES, APPAREL,** | * | **JUDGE _____** |
| **ETC.,** *IN REM* | * | |
| | * | **MAG _____** |
| | * | |

## VERIFIED COMPLAINT

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:**

NOW INTO COURT, through undersigned counsel, comes plaintiff herein, SYNERGY BANK, and for its verified complaint against M/V CAPT. T.W. BOUDREAUX, Official Number 521655, and stating an admiralty and maritime claim within the meaning of Rules 9(h) of the Federal Rules of Civil Procedure, and Rules C and D of the Supplemental Rules for Certain Admiralty and Maritime Claims, respectfully represents upon information and belief:

## JURISDICTION AND PARTIES

### I.

This is an admiralty and maritime claim within the meaning of Rules 9(h) of the Federal Rules of Civil Procedure, and Rules C, D and E of the Supplemental Rules for Certain Admiralty

1

and Maritime Claims.  Synergy Bank brings this action pursuant to 46 U.S.C. § 31325 et seq. Jurisdiction is based on 28 U.S.C. § 1333.

II.

At all material times, plaintiff, SYNERGY BANK (hereinafter "SYNERGY"), was and now is a corporation organized under the laws of Louisiana with its an office and principal place of business in Houma, Terrebonne Parish, Louisiana.

III.

At all material times, defendant vessel, M/V CAPT. T.W. BOUDREAUX, Official Number 521655, (hereinafter the "Vessel"), *in rem,* is, upon information and belief, a U.S. flagged vessel, which is and was at all relevant times engaged in maritime commerce upon the navigable waters of the State of Louisiana, and within this district and the jurisdiction of this Honorable Court.

**FACTUAL ALLEGATIONS**

IV.

The M/V CAPT. T.W. BOUDREAUX is currently owned by GPS Marine, LLC, ("GPS") a Louisiana limited liability company domiciled in the Parish of Terrebonne, State of Louisiana, and said vessel is now afloat in Terrebonne Parish, Louisiana.

V.

On the 28th day of August 2014, GPS, as owner of the M/V CAPT. T.W. BOUDREAUX, entered into promissory note in the principal amount of ONE MILLION TWO HUNDRED NINETY-FOUR THOUSAND THREE HUNDRED SEVENTY-EIGHT

2

DOLLARS and SEVENTY-ONE CENTS ($1,294,378.71) payable to the order of Synergy Bank. The promissory note bears interest at the rate of 6.250% per annum and is payable in forty-seven (47) monthly consecutive principal and interest payments of $17,226.51, beginning on September 28, 2014, with one irregular final payment of $745,844.00. A copy of said promissory note is attached hereto and made part of this Complaint and identified as Exhibit "A"

VI.

In connection with the promissory note and in order to secure payment under the terms of the loan agreement, Synergy secured a First Preferred Ship Mortgage on the M/V CAPT. T.W. BOUDREAUX.  A copy of the First Preferred Ship Mortgage, dated December 12, 2013, on the vessel M/V Capt. T.W. Boudreaux and in favor of Synergy Bank is attached hereto as Exhibit "B".

VII.

By the terms and provisions of the above referenced preferred mortgage, dated December 12, 2003, the said Grantor GPS admitted that it was justly indebted to Synergy in the amount of $1,100,000.00 Dollars in principal, together with interest on said mortgage for money loaned, and granted, bargained, sold and mortgaged unto Synergy, its successors, administrators and assigns, the whole of the M/V CAPT. T.W. BOUDREAUX, Official Number 521655, together with her engines, tackle, apparel, etc. A copy of said preferred maritime mortgage is previously attached hereto and made part hereof and complainant respectfully requests that it be permitted to refer to said preferred maritime mortgage for all terms, conditions and provisions contained therein, as though said mortgage was herein fully and at large set forth.

VIII.

That said preferred maritime mortgage was duly filed for record in the officer in Charge, Marine Inspection, United States Coast Guard at the National Vessel Documentation Center, said mortgage dated December 13, 2013 was duly recorded in said office on December 16, 2013, in Batch #16336500, Doc #31. At all times pertinent, the First Preferred Mortgage was recorded pursuant to the provisions of 46 U.S.C. § 31321, et seq. and said mortgage has not been discharged.

IX.

Upon information and belief, the M/V CAPT. T.W. BOUDREAUX is presently or will during the pendency of this action be on the navigable waters of the United States within the jurisdiction of this Honorable Court and is subject to arrest pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedures to enforce Synergy's maritime lien on that vessel.

X.

As of March 30, 2020, there remains an unpaid balance with GPS being in default  on the promissory note attached hereto as Exhibit "A" in the amount of $1,054,764.15, together with interest from March 30, 2020 at the rate of $154.51 per day, until paid, together with all expenses costs, and attorney's fees as provided for in said note and preferred maritime mortgage. After amicable demand, the above amounts remain past due and said note is in default, even after demand was made upon the maker of the note.

XI.

The foregoing is true and correct and within the admiralty and maritime jurisdiction of this Honorable Court. Plaintiff Synergy reserves the right to supplement and amend this Verified Complaint as necessary and appropriate through discovery of additional information relevant hereto.

XII.

In accordance with applicable Local Admiralty Rules, Synergy agrees to hold harmless and indemnify the U.S. Marshal and all its deputies for any and all liabilities as a result of seizing the aforesaid property.

WHERFORE, plaintiff, SYNERGY BANK, prays:

1.      That process issue *in rem* from this Honorable Court pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure against the M/V CAPT. T.W. BOUDREAUX and her tackle, furniture, apparel, appurtenances, etc., and that all persons having a claim or interest therein be cited to appear herein and answer, under oath, all and singular matters aforesaid, and that the M/V CAPT. T.W. BOUDREAUX be seized, condemned and sold to satisfy all amounts owed to Synergy Bank, including attorney's fees and court costs, as set forth herein;

3.      That the Preferred Mortgage attached hereto as Exhibit "B" be declared valid and a First Preferred Lien upon the M/V CAPT. T.W. BOUDREAUX and her tackle, furniture, apparel, appurtenances, etc.

4.      That the United States Marshal for this District arrest the said M/V CAPT. T.W. BOUDREAUX and maintain custody over it until such time as a substitute custodian is appointed or as the claimants thereto post security sufficient in form and amount to secure the plaintiff's claims herein;

5.      That any and all other persons, firms or entities claiming any interest in the M/V CAPT. T.W. BOUDREAUX are forever barred and foreclosed of and from all right or equity or redemption or claim of, in or to the M/V CAPT. T.W. BOUDREAUX her tackle, furniture, apparel, appurtenances, etc., in every port thereof;

6.      That this Honorable Court shall direct the manner in which actual notice of the commencement of this suit shall be given to Synergy, to the master, or other ranking officers or caretaker of the M/V CAPT. T.W. BOUDREAUX and to any persons,  firms or entity who have recorded a notice of claim of any discharge of lien upon the vessel.

7.      That defendants be cited to appear and answer the matters aforesaid;

7.      That this Honorable Court grant plaintiff such other and further relief which it may deem just and proper.

Respectfully submitted,

RIVIERE ABEL, PLC

_____*s/ Christopher H. Riviere*_____
CHRISTOPHER H. RIVIERE #11297
TODD M. MAGEE #33702
P.O. Box 670
Thibodaux, LA  70302
Telephone: 985-447-7440