UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SYNERGY BANK** | **CIVIL ACTION** |
| **VERSUS** | **NO: 20-1066** |
| **CAPT. T.W. BOUDREAUX M/V** | **SECTION: "I" (1)** |

## ORDER TO SHOW CAUSE

An intervenor complaint in the above-captioned matter was filed in this Court on June 10, 2020. A review of the record indicates that service of the intervenor complaint has been served by waiver upon defendant GPS Marine, LLC. The deadline to file responsive pleadings has expired.

Accordingly;

Plaintiff's counsel shall have up to and including **September 25, 2020** to further prosecute their claim(s) or obtain responsive pleadings from GPS Marine, LLC. Failure to comply with this Order of the Court or, show good cause in writing as to why the defendant should not be dismissed, will result in dismissal of the above named defendant.

New Orleans, Louisiana, this 1st day of September, 2020.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**