## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SYNERGY BANK** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO: 2:20-cv-1066** |
| | * | |
| **M/V CAPT. T.W. BOUDREAUX,** | * | **SECTION: I** |
| **HER ENGINES, FURNITURE,** | * | |
| **TACKLE, APPURTENANCES, APPEREL,** | * | **JUDGE LANCE AFRICK** |
| **ETC.,** *IN REM* | * | |
| | * | **MAG: JANIS VAN MEERVELD** |
| | * | |

## ORDER CONFIRMING SALE

Considering the foregoing Motion to Confirm Sale filed by Synergy Bank;

**IT IS HEREBY ORDERED** that the sale of the M/V Capt. T.W. Boudreaux, Official

Number 521655, to Synergy Bank, 1036 W. Tunnel Blvd, Houma, Louisiana 70360, for the sum

of $350,000.00 be and it is hereby confirmed and that the United States Marshal is directed to issue

a Marshal's Bill of Sale to Synergy Bank transferring said vessel free and clear of all liens and

encumbrances.

**IT IS FURTHER ORDERED** that the United States Coast Guard be and it is hereby

directed to cancel and erase from its records any and all mortgages, claims, liens, or encumbrances

that may be recorded against the M/V Capt. T.W. Boudreaux, Official Number 521655

New Orleans, Louisiana, October 22nd, 2020.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**